

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Numbers:    01-13-00415-CR; 01-13-00416-CR; 01-13-00417-CR

Trial Court Cause
Numbers:    1328806; 1328807; 1308988

Style:    Javier Noel Campos

    **v.** The State of Texas

Date motion filed*:    November 24, 2015

Type of motion:    Motion for Extension of Time to File Supplemental Brief on Remand

Party filing motion:    Appellant

Document to be filed:    Supplemental Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:    December 7, 2015

    Number of previous extensions granted:    0

    Date Requested:    December 21, 2015

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: **December 21, 2015**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date: December 1, 2015